Official Form 210B (07/14)

# United States Bankruptcy Court
Western District of Michigan

In re Jennifer Elise Conner ,  

Case No: 11–01842–jwb  
Chapter: 13

### CORRECTED NOTICE OF TRANSFER OF CLAIM

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on December 1, 2014 (date).

| Name & Address of Transferor: | Name & Address of Transferee: |
|---|---|
| BAC Home Loans Servicing<br>Randall S. Miller & Associates, P.C.<br>43252 Woodward Avenue, Suite 180<br>Bloomfield Hills, MI 48302 | Veripro Solutions,Inc.<br>PO Box 3572<br>Coppell TX 75019 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.



Daniel M. LaVille  
Clerk of Court

**Dated:** December 8, 2014